**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2203**

———————

CHARLES W. HAMPTON,

        Plaintiff – Appellant,

    v.

J.W. SQUIRE COMPANY INC.,

        Defendant – Appellee,

    and

DONALD MERRICK; PATTY MERRICK,

        Defendants.

———————

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:10-cv-00013-jlk-mfu)

———————

Submitted: January 13, 2011      Decided: January 18, 2011

———————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles W. Hampton, Appellant Pro Se. Amanda M. Morgan, CLEMENT & WHEATLEY, South Boston, Virginia; Glenn W. Pulley, CLEMENT & WHEATLEY, Danville, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Hampton appeals the district court's order granting summary judgment for the Appellee on his claim of racial discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hampton v. J.W. Squire Co., Inc., No. 4:10-cv-00013-jlk-mfu (W.D. Va. Oct. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED